# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | §   CASE NO. 4:25-MJ-468-BJ |
| | § |
| | § |
| BENJAMIN SONG | § |

## DEFENDANT'S AGREEMENT TO PROTECTIVE ORDER

**TO THE HONORABLE JUDGE Jeffrey L. Cureton, UNITED STATES MAGISTRATE:**

COMES NOW, BENJAMIN SONG, by and through his attorney of record, Phillip Hayes, and hereby submits this Agreement to Protective Order. We are in agreement to the requested protective order.

Respectfully submitted,

/s/PHILLIP HAYES
PHILLIP HAYES
State Bar No. 24012803
3300 Oak Lawn, Suite 600
Dallas, Texas 75219
214.774.0488
214.528.6601 facsimile
Email: phayes1995@hotmail.com

**ATTORNEY FOR DEFENDANT
BENJAMIN SONG**

Page | 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October 2025, a true and correct copy of the foregoing Agreement to Protective Order was electronically filed using the CM/ECF system and emailed to:

Mr. Shawn Smith
1100 Commerce St, Third Floor
Dallas, TX 75242
shawn.smith2@usdoj.gov

                                                  /s/PHILLIP HAYES
                                                  PHILLIP HAYES