IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                              No.  4:25-MJ-468-BJ

BENJAMIN HANIL SONG (01)

PROTECTIVE ORDER

This matter is before the Court on the Government's motion for a protective order restricting the disclosure and dissemination of the documents and information produced by the Government to the defendants or by the defendants to the Government as part of the parties' discovery obligations in this case ("protected information").  These materials shall be subject to the following order:

1.      The parties shall disclose protected information to each other when necessary to fulfill their respective discovery obligations.

2.      Access to protected information shall be limited to (i) the defendants, (ii) the parties' attorneys, (iii) employees or agents of those attorneys, (iv) a photocopying or data processing service, (v) litigation consultants such as jury selection experts, (vi) mock jurors, and (vii) experts or investigators to whom it is necessary that counsel show the materials for the purposes of the investigation, preparation, trial, appeal, and/or collateral attack of this matter who consent to the jurisdiction and Order of this Court.  The parties' attorneys shall inform any person to whom disclosure may be made pursuant to this Order of the existence and terms of this Order.

3.      The parties shall not disclose the contents of protected information to any other individual or entity except as provided herein, as agreed to by the parties, or as further ordered by the Court.

4.      No additional copies of the protected information shall be made except as necessary for purposes of the investigation, preparation, trial, appeal, and/or collateral challenge of this matter.  Any copies shall be treated in the same manner as the original material.

5.      The parties may continue to disclose protected information to each other pursuant to the parties' ongoing discovery obligations under Federal Rule of Criminal Procedure 16(c), without making separate application to the Court.

IT IS SO ORDERED.

Dated:  October _____8_____, 2025.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

**Protective Order - Page 2**